RECEIVED
DEC 0 8 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:21-cr-129 |
| v. | INDICTMENT |
| SWEDI AKILI, also known as "Kenny Brown, Jr", | T. 18 U.S.C. § 1201(a)(1) <br> T. 18 U.S.C. § 1201(g) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Kidnapping)

On or about May 13, 2019, in the Southern District of Iowa, the defendant, SWEDI AKILI, who had attained the age of eighteen years, did knowingly and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, or carry away and hold for ransom, reward, or otherwise, another person, Minor Victim 1, who had not attained the age of eighteen years, and, in committing or in furtherance of the commission of the offense, traveled in interstate or foreign commerce or used any means, facility, or instrumentality of interstate or foreign commerce. The defendant, SWEDI AKILI, was not a legal guardian or close relative of Minor Victim 1.

This is a violation of Title 18, United States Code, Section 1201(a)(1) and 1201(g).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney