**United States District Court for the Southern District of Iowa**

Presiding: Honorable                                              :
Case No.                                                          :   Clerk's Court Minutes –
_____

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

_____

Plaintiff(s) Counsel:                                   :   All parties consent to video proceedings
Defendant(s) Counsel:                                   :        Yes        No
Defendant's Appearance:   In Person    Video Conference :   Interpreter:
Court Reporter:                                         :        Interpreter Sworn
                                                        :
_____

Motion(s) for Ruling:                                   Ruling    /    Ruling Reserved
_____

                                                        :
                                                        :
                                                        :
_____

  Court found that probable cause exists that the          Court issues ruling and orders Defendant:
  defendant committed the offense(s) charged                 Detained pending further proceedings
  Court did not find that probable cause exists that        Released on conditions
  the defendant committed the offense(s) charged            Court takes matter under advisement;
  Government agrees to release on bond                      Defendant to remain detained pending
  Court advises Defendant/Government of right to appeal    ruling on this matter
_____

Additional Information




Time Start:
 Time End:
    Date:                                                _____
                                                                   Deputy Clerk